**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**XIUZHEN HUANG**                                                                                          **PLAINTIFF**

**v.**                                            **CASE NO. 3:06-CV-142 GTE**

**MICHAEL CHERTOFF, SECRETARY**                                               **DEFENDANTS**
**DEPT. OF HOMELAND SECURITY, ET AL.**

## ORDER

Presently before the Court is the Motion to Dismiss filed by Michael Chertoff, Secretary of Department of Homeland Security, Emilio Gonzalez, Director of U.S. Citizenship and Immigration Services, and Evelyn Upchurch, Director of Texas Service Center of the U.S. Citizenship and Immigration Services. Movants seek dismissal on the grounds that Plaintiff's Complaint for Writ in the Nature of Mandamus and Declaratory Judgment, which is based on the failure of the United States Citizenship and Immigration Services (CIS) to adjudicate her I-485 application filed on or about February 15, 2005, is now moot because CIS issued notice of approval of their I-485 applications on August 25, 2006. Plaintiff states that she has no objection to this Motion.

IT IS THEREFORE ORDERED that the Motion to Dismiss (Dkt. #3) be, and it is hereby, GRANTED.

Dated this _7th_ day of September, 2006.

                                                        _/s/ G. Thomas Eisele_
                                                        UNITED STATES DISTRICT JUDGE